UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER MILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV01966 AGF |
| | ) |
| BELLEFONTAINE HABILITATION CENTER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that judgment is entered on behalf of Defendant and against Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of June, 2006.